IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01718-JLK-MEH

METRIS U.S.A., INC.,
METRIS N.V.,
METRIS IPR N.V., and
3D SCANNERS LTD,

      Plaintiffs,

v.

FARO TECHNOLOGIES, INC.,

      Defendant.

TERRY WOHLERS,

      Respondent.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 15, 2009.**

      Defendant's Motion for Clarification of the Scope of the Court's September 8, 2009 Order [filed September 14, 2009; docket #21] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A.