IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01718-JLK-MEH

METRIS U.S.A., INC.,
METRIS N.V.,
METRIS IPR N.V., and
3D SCANNERS LTD,

    Plaintiffs,

v.

FARO TECHNOLOGIES, INC.,

    Defendant.

TERRY WOHLERS,

    Respondent.

---

## RECOMMENDATION FOR DISMISSAL
---

    This matter comes before the Court *sua sponte*. The within action was initiated on July 20, 2009 as a discovery dispute by the filing of Plaintiffs' Motion to Compel. That same day, Judge Kane referred the motion to this Court for resolution. This Court issued its order on the motion on September 8, 2009, and ruled on a subsequent motion for clarification on September 15, 2009. No further activity has taken place in this matter.

    Therefore, considering that the matter is resolved, this Court RECOMMENDS that the case be closed.[1]

---

[1]Be advised that all parties shall have fourteen (14) days after service hereof to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned. Fed. R. Civ. P. 72(b). The party filing objections must specifically identify those findings or recommendations to which the objections are being made. The District Court need not consider frivolous, conclusive or general objections. A party's failure to file such

Respectfully submitted at Denver, Colorado, this 19th day of May, 2010.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge

---

written objections to proposed findings and recommendations contained in this report may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 676-83 (1980); 28 U.S.C. § 636(b)(1). Additionally, the failure to file written objections to the proposed findings and recommendations within fourteen (14) days after being served with a copy may bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *Niehaus v. Kansas Bar Ass'n*, 793 F.2d 1159, 1164 (10th Cir. 1986).