IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-1718-JLK-MEH**

**METRIS U.S.A., INC.**
**METRIS N.V.,**
**METRIS IPR N.V. and**
**3D SCANNERS LTD,**

        Plaintiffs,

v.

**FARO TECHNOLOGIES, INC.,**

        Defendant.

**TERRY WOHLERS**,

        Respondent.

## ORDER

Kane, J.

This matter is before the Court on the Recommendation for Dismissal (doc. #24), entered on May 19, 2010 by Magistrate Judge Michael E. Hegarty. The Recommendation is **ADOPTED** as an order of the court. This case is dismissed.

Dated: June 4, 2010

                                                 BY THE COURT:

                                                 *s/John L. Kane*
                                                 John L. Kane, Senior Judge
                                                 United States District Court